# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-702-FDW-DCK

| EYETALK365, LLC, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| SKYBELL TECHNOLOGIES, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Defendant's "Motion For Admission *Pro Hac Vice*" (Document No. 25) filed by Benjamin F. Sidbury, concerning Daniel A. Crowe on August 14, 2017. Daniel A. Crowe seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*" (Document No. 25) is **GRANTED**. Daniel A. Crowe is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: August 14, 2017

David C. Keesler
United States Magistrate Judge