# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-702-FDW-DCK

| | |
|---|---|
| EYETALK365, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** |
| SKYBELL TECHNOLOGIES, INC., | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the Defendant's "Motion For Admission *Pro Hac Vice*" (Document No. 27) filed by Benjamin F. Sidbury, concerning Kevin E. Paganini on August 15, 2017. Mr. Paganini seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.[1]

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*" (Document No. 27) is **GRANTED**. Kevin E. Paganini is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: August 15, 2017

David C. Keesler
United States Magistrate Judge

---

[1] Counsel is respectfully advised that the *pro hac vice* application has been recently revised. <u>See</u> http://www.ncwd.uscourts.gov/attorney-admissions