IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-702-FDW-DCK

| | |
|---|---|
| EYETALK365, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| SKYBELL TECHNOLOGIES, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Admission *Pro Hac Vice*" (Document No. 30) filed by K. Alan Parry, concerning Gary R. Sorden on August 16, 2017. Mr. Sorden seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*" (Document No. 30) is **GRANTED**. Gary R. Sorden is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: August 16, 2017

David C. Keesler
United States Magistrate Judge