IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-702-FDW-DCK

| | |
|---|---|
| EYETALK365, LLC, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| SKYBELL TECHNOLOGIES, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 35) filed by Benjamin F. Sidbury, concerning George G. Brell on September 12, 2017. Mr. George G. Brell seeks to appear as counsel *pro hac vice* for Defendant SkyBell Technologies, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 35) is **GRANTED**. George G. Brell is hereby admitted *pro hac vice* to represent Defendant SkyBell Technologies, Inc.

**SO ORDERED**.

Signed: September 12, 2017

David C. Keesler
United States Magistrate Judge