# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:16-CV-702-FDW-DCK

| | |
|---|---|
| EYETALK365, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| SKYBELL TECHNOLOGIES, INC., | ) |
| Defendant. | ) |

**THIS MATTER BEFORE THE COURT** on "Defendant Skybell Technologies, Inc.'s Motion For Issuance Of Court Order To Direct Production Of Documents In Response To Subpoena" (Document No. 37) filed September 14, 2017. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C §636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of Plaintiff's counsel, as well as Poyner Spruill LLP, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant Skybell Technologies, Inc.'s Motion For Issuance Of Court Order To Direct Production Of Documents In Response To Subpoena" (Document No. 37) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall produce the deposition transcripts requested in the subpoena. To the extent any portions of the deposition transcripts were marked or treated as confidential in the previous cases, the transcripts shall be produced and treated as "Confidential" pursuant to Judge Whitney's Standing Protective Order for Civil cases.

**SO ORDERED**.

Signed: September 14, 2017

David C. Keesler
United States Magistrate Judge