# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-702-FDW-DCK

| | |
|---|---|
| EYETALK365, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| SKYBELL TECHNOLOGIES, INC., | ) |
| Defendant. | ) |

**THIS MATTER BEFORE THE COURT** on "Defendant Skybell Technologies, Inc.'s Consent Motion To Seal" (Document No. 40) filed October 27, 2017. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C §636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of Plaintiff's counsel, the undersigned will <u>grant</u> the motion.

Having considered the factors provided in Local Civil Rule 6.1(C), the Court will grant the "…Consent Motion To Seal." Inasmuch as the time for public response has not run to this motion, the Court will consider any objection to this Order from non-parties as an objection to the motion, requiring no additional burden for any non-party under the Federal Rules of Civil Procedure.

**IT IS, THEREFORE, ORDERED** that "Defendant Skybell Technologies, Inc.'s Consent Motion To Seal" (Document No. 40) is **GRANTED**.

Signed: October 30, 2017

David C. Keesler
United States Magistrate Judge