UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00702-FDW-DCK

| | | |
|---|---|---|
| EYETALK365, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| SKYBELL TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

THIS MATTER is before the Court on Defendant Skybell Technologies, Inc.'s Motion to Enforce the Settlement Agreement (Doc. No. 42). Although this Court has the right to exercise its equitable power to enforce settlement agreements, Hensley v. Alcon Labs., Inc., 277 F.3d 535, 540 (4th Cir. 2002), the Court declines to exercise its equitable authority. The Court views this as an active case, and the parties' negotiations and agreements are immaterial to the Court's management of the case pursuant to the case management order. THEREFORE, the Court hereby DENIES Defendant's Motion to Enforce the Settlement Agreement (Doc. No. 42).

IT IS SO ORDERED.

Signed: October 31, 2017

Frank D. Whitney
Chief United States District Judge